# CERTIFICATE OF SERVICE OF ANDERS BRIEF ON DEFENDANT

TO:  Defendant-Appellant

    Dedric Louis Johnson

    Post Office Box 725

    Edgefield, South Carolina  29824

FROM:  Counsel for Defendant-Appellant

I have reviewed the record documents in your case and have carefully reviewed the law in light of the circumstances of your case.  Unfortunately, I cannot find a meritorious ground to submit to the court of appeals on your behalf.  Because I find no issues of merit for your direct appeal, I am filing a brief in your case pursuant to the decision of the United States Supreme Court in <u>Anders v. California</u>, 386 U.S. 738 (1967).

As required by the Supreme Court's decision in <u>Anders</u>, I have:

[✓] provided you with a copy of the <u>Anders</u> brief; **AND**

[✓] advised you that you may file a supplemental pro se brief within 30 days.

*(If defendant had an interpreter in the district court, also complete the following):*

[ ]  The substance of the <u>Anders</u> brief and your right to file a supplemental pro se brief within 30 days have been interpreted for you and communicated either over the telephone or in person; **OR**

[ ]  The substance of the <u>Anders</u> brief and your right to file a supplemental pro se brief within 30 days have been translated for you and communicated in writing.

If you choose to file a supplemental pro se brief, it should be sent to the following address:  Clerk, U.S. Court of Appeals for the Fourth Circuit, 1100 East Main Street, Suite 501, Richmond, VA  23219-3517.  Copies should also be served on counsel in the case.

   Margaret A. Chamberlain                                          1/2/2013
         Signature                                                                Date

12/13/2012
SCC